AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JEAN CLAUDE CEIDE,

     Plaintiff,

         **v.**

MICHAEL BRECKON, et al.,

     Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:
     5:25-cv-27

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 23, 2026, the Court dismisses Plaintiff's Complaint, as amended, in its entirety. Additionally, the Court denies Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _____

Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

February 23, 2026
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020